IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNE R. EVANGELISTA,
KELLY EVANGELISTA and
LEAH CHAVEZ,

    Plaintiffs,

v.

KRISTA FLANAGAN, et al.

    Defendants.

ORDER

Case No. 23-cv-491-wmc

Plaintiff Leah Chavez has not paid the $402 filing fee[1] nor asked for leave to proceed without prepayment of fees or costs in this case. In the event that plaintiff Chavez wishes to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether plaintiff Chavez qualifies as indigent.

ORDER

IT IS ORDERED that plaintiff Leah Chavez may have until September 6, 2023, in which to either pay the $402 filing fee or to submit an affidavit of indigency and return it to the court. If, by September 6, 2023, plaintiff Chavez fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

Entered this 11th day of August, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNE R. EVANGELISTA,
KELLY EVANGELISTA and
LEAH CHAVEZ,                                                                    ORDER

                                                                               Case No.  23-cv-491-wmc
              Plaintiffs,
    v.

KRISTA FLANAGAN,

              Defendants.

**NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I.      **Personal Information**

1)      Are you employed?                              ☐Yes            ☐ No

2)      Are you married?                               ☐ Yes           ☐ No
        If "Yes," is your spouse employed?             ☐ Yes           ☐ No

3)      Do you have any dependents that you are responsible for supporting?
        ☐ Yes         ☐ No
        If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.**     **Income** - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1)     State your total *monthly* wages or salary?          $ _____

2)     Provide the name and address of your employer(s):

       _____

3)     State your spouse's total *monthly* wages or salary?   $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                             Amount

_____          $ _____

_____          $ _____

**III.**    **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.* (When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1)     Identify the following amounts that you pay per month:

       ☐ Rent or    ☐ Mortgage                    $ _____

       Car payment(s)                              $ _____

       Alimony or court-ordered child support      $ _____

       Credit card payment(s)                      $ _____

2)  Do you have any other *monthly* expenses that you have not already listed?
    □ Yes         □ No

    If "Yes," list them below:

    Expense                                                                 Amount

    _____        $_____

    _____        $_____

    _____        $_____

3)  What are your total *monthly* expenses?      $_____

**IV.**    **Property** - If you are married, your answers must ***include your spouse's property.***

1)  Do you own a car?    □ Yes       □ No       If "Yes," list car(s) below:

    Make and Model                                          Year         Approximate Current Value

    _____  _____  $_____

    _____  _____  $_____

2)  Do you own your home(s)?   □ Yes       □ No

    If "Yes," state the approximate value(s).    $_____

    What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?    $_____

3)  Do you have any cash or checking, savings, or other similar accounts?
    □ Yes         □ No

    If "Yes," state the total of such sums.      $_____

4)     Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

    ☐ Yes     ☐ No

    If "Yes," describe the property and the approximate value(s).

    _____

**V.**     **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

    I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____      _____
Date      **Signature - Signed Under Penalty of Perjury**